THE STATE v. VERWAYNE.

THE SAME v. MILLER.

1. **Practice:** COSTS: JURY FEE. A jury fee of $24.00 may properly be taxed as a part of the costs, even if the case does not consume the whole day, when no other case is tried upon the same day.

*Appeal from Lee District Court.*

TUESDAY, OCTOBER 24.

THE defendants were indicted and convicted for keeping and maintaining a nuisance. There was a jury trial in each case, and the time occupied in each case was three hours. The clerk taxed in each case a jury fee of $24.00. The defendants filed a motion to retax the costs. The court overruled the motion. Defendants appeal.

*Seaton & Spann*, for appellants.

*D. N. Sprague* and *John Gibbons*, for appellee.

ADAMS, J.—That the law allowing a jury fee of $24.00 per day to be taxed as a part of the costs of a case is not unconstitutional, was held in *Steele v. Central R. R. Co. of Iowa*, 43 Iowa, 109, and in cases cited therein. Whatever might be the rule as to taxing in each case a *pro rata* part of the $24.00 where two or more cases are tried in one day, we think the full $24.00 should be taxed if only one case is tried in a day, even if the whole day is not consumed. Whether more than one case was tried upon the day on which either of the present cases was tried does not appear from the record.

1. PRACTICE: costs: jury fee.

AFFIRMED.